UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MURPHY MARINE SERVICES, INC.**<br>710 Christiana Avenue<br>Wilmington, DE 19801<br><br>*Plaintiff*<br><br>v.<br><br>**M/V CHIQUITA ANGELES**, her engines, machinery, tackle, apparel, etc.<br><br>*and*<br><br>**CHIQUITA BRANDS COMPANY NORTH AMERICA**<br>Department #12022<br>Port of Wilmington<br>Wilmington, DE 19899<br><br>*Defendants* | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br>No. |

## ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

The Motion of Plaintiff for Appointment of Substitute Custodian having come before the Court, Plaintiff having represented that it is most suitable for Ring Marine Services to be appointed as substitute custodian, and Plaintiff having agreed to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the Defendant Vessel from the time the Marshal transfers custody of said Vessel over to the substitute custodian, and Plaintiff having further agreed to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the Vessel, it is hereby:

ORDERED, that Ring Marine Services is appointed substitute custodian, and the United States Marshal for this District is authorized and directed to surrender the possession and custody of the Vessel following her arrest to Ring Marine Services, as substitute custodian; and it is further

ORDERED, that upon such surrender the Marshal shall be discharged from his duties and responsibilities for safekeeping of the Vessel and held harmless from any and all claims arising whatsoever out of said substituted possession and safekeeping of the Vessel; and it is further

ORDERED, that said Vessel shall remain in the custody of the substitute custodian pending further order of this Court; and it is further

ORDERED, that so long as the Vessel is under arrest she may not move or leave the waters of this District without the prior approval of this Court, unless an emergency arises, but may move to an appropriate anchorage or other location within this District with the permission of Plaintiff's counsel and may conduct cargo operations, and it is further

ORDERED that the United States Marshal shall serve a copy of this Order, the said Warrant of Arrest, and a copy of the Summons and Complaint upon the Master, or other ranking officer or caretaker of the Vessel, and shall make due and prompt return.

_____
United States District Judge

Dated: May 22, 2019